

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 28, 2008

By Hand

Honorable Robert W. Sweet
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007



    Re:  Debbie Trainor v. Astrue
         07 Civ. 9793 (RWS)

Dear Judge Sweet:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. I am writing respectfully to request, nunc pro tunc, an extension of time from February 25, 2008 to April 25, 2008, to respond to the complaint. This is defendant's first request for an extension of time in this case.

    Although this Office obtained plaintiff's consent to this extension, the stipulation was not returned until today. Further, due to an administrative error on my part, I did not realize until today that any request for an extension of time had to be filed on February 25, 2008. I apologize for this error.

*So ordered*
*[signature] USDJ*
*3.6.08*

We are filing the stipulation today and thank the Court for its consideration of our request.

                    Respectfully,

                    MICHAEL J. GARCIA
                    United States Attorney

By: _____
                    LESLIE A. RAMIREZ-FISHER
                    Assistant U.S. Attorney
                    Telephone: (212) 637-0378
                    Fax: (212) 637-2750

cc: Irwin Portnoy, Esq.