COPY

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-0378
Fax. (212) 637-2750

RECEIVED
MAR 0 3 2008
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBIE J. TRAINOR,

Plaintiff,

- v. -

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

Defendant.

STIPULATION AND ORDER
07 Civ. 9793 (RWS)

RECEIVED
08 FEB 28 PM 5: 14
U.S. DISTRICT COURT
S.D.N.Y.

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and ~~the~~ Attorney for the plaintiff ~~pro se~~, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 25, 2008 to and including April 25, 2008. The reason for the request is

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/08

that the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
February 12, 2008

DEBBIE TRAINOR
Plaintiff ~~Pro Se~~
51 Peacock Circle
Washingtonville, New York 10992
Telephone No: (845) 542-3546

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

March 13, 2008 Part I