

U.S. Department of Justice

United States Attorney
Southern District of New York



86 Chambers Street
New York, New York 10007

April 24, 2008

BY FAX
Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

    Re:  Debbie J. Trainor v. Astrue
        07 Civ. 9793 (RWS)

Dear Judge Sweet:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of defendant's time to file respond with respect to the complaint.

    The answer was originally due on February 25, 2008. After one previous extension request was granted, the answer is now due tomorrow, April 25, 2008. This case was recently assigned to me, and because I have not yet completed my review of the administrative record, I respectfully request that the time in which to answer or move with respect to the complaint be extended by thirty days, to May 27, 2008. Plaintiff has kindly consented to this request.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

*So ordered*
*Sweet*
*USDJ*
*4.25.08*

cc: Irwin M. Portnoy, Esq.
    By Fax

TOTAL P.02