

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 27, 2008

**BY FAX**
Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007-1312

    Re:  <u>Debbie Trainor v. Astrue</u>
          07 Civ. 9793 (RWS)

Dear Judge Sweet:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of defendant's time to file an answer or move with respect to the complaint.

    The answer was originally due February 25, 2008. After two previous extension requests were granted, the answer is now due today, May 27, 2008. The Commissioner is currently reconsidering his position in this case. Accordingly, I respectfully request that the time in which to answer or move with respect to the complaint be extended by thirty days, to June 26, 2008. Plaintiff has kindly consented to this request.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

*[Handwritten: So ordered. Sweet USDJ 5.28.08]*

cc: Irwin Portnoy, Esq.
    By Fax

[Stamp: RECEIVED MAY 27 2008 JUDGE SWEET CHAMBERS]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/28/08]