ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2804
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
DEBBIE J. TRAINOR,                 :
                                   :
                  Plaintiff,       :
                                   :
     - v. -                        :   STIPULATION AND ORDER
                                   :        OF REMAND
MICHAEL J. ASTRUE,                 :
Commissioner of                    :   07 Civ. 9793 (RWS)
Social Security,                   :
                  Defendant.       :
- - - - - - - - - - - - - - - - - -x

   IT IS HEREBY STIPULATED AND AGREED, by and between the

attorneys for the defendant and the plaintiff, that this action

be, and hereby is, remanded to the Commissioner of Social

Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       June 11, 2008

>       PORTNOY & MARCUS, P.C.
>       Attorneys for Plaintiff
>
>       By: _____
>       IRWIN M. PORTNOY, ESQ.
>       7 Rock Cut Road
>       Newburgh, New York 12550
>       Telephone No. (845) 567-0315
>
>       MICHAEL J. GARCIA
>       United States Attorney for the
>       Southern District of New York
>       Attorney for Defendant
>
>       By: _____
>       SUSAN C. BRANAGAN
>       Assistant United States Attorney
>       86 Chambers Street, 3rd Floor
>       New York, New York  10007
>       Telephone No. (212) 637-2804
>       Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
6.24.08