

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

August 15, 2008

**RECEIVED AUG 15 2008 JUDGE SW**

**BY FAX**
Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/08

Re: Debbie Trainor v. Astrue
    07 Civ. 9793 (RWS)

Dear Judge Sweet:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of defendant's time to respond to plaintiff's motion for attorney fees.

    The Court signed a stipulation for remand in this matter on June 24, 2008, and judgment was entered on July 8, 2008. Plaintiff filed a motion for attorney's fees on July 31, 2008. Defendant's response is due Tuesday, August 19, 2008. The parties are attempting to settle the matter of fees in this case. Accordingly, I respectfully request that the time in which to respond to plaintiff's motion be extended by thirty days, to September 18, 2008. Plaintiff has kindly consented to this request.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

*So Ordered*
*Sweet*
*USDJ*
*8·20·08*

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc: Irwin Portnoy, Esq.
    By Fax

TOTAL P.02